Theodore KANNE and Beatriz Kanne, Plaintiffs and Appellees,

v.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY, Defendant and Appellant.

Nos. 85–5641, 85–5642.

United States Court of Appeals, Ninth Circuit.

July 23, 1987.

Leonard Sacks, Encino, Cal., Carol A. Hay, and Andrew O. Feringa, Lakewood, Cal., for plaintiffs-appellees-appellants.

James S. Cline, Suzette Clover, David L. Bacon, and Bruce A. Beckman, Los Angeles, Cal., for defendants-appellants-appellees.

Before FLETCHER and PREGERSON, Circuit Judges and WILKINS *, District Judge.

## ORDER

The parties shall submit simultaneous briefs of not more than thirty (30) pages by August 17, 1987, addressing two issues:

1) Whether the insurance policy in question is a plan governed by the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001, *et seq.*, and

2) Whether Cal.Ins.Code § 790.03(h)(2) is preempted by ERISA.

Oral argument may be scheduled at a later date.

This court's opinion, filed June 4, 1987, 819 F.2d 204, is hereby withdrawn.